UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Thomas Pelzer,<br>*aka Thomas Lee Pelzer,*<br>*formerly* # 311633,<br><br>                      Plaintiff,<br><br>vs.<br><br>South Carolina, *Office of the Governor*;<br>Nikki Haley,<br><br>                      Defendants. | ) C/A No. 8:14-88-TMC-JDA<br>)<br>)<br>)<br>)<br>)<br>) Report and Recommendation<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

This is a civil action filed by a former prisoner. Under Local Civil Rule 73.02(B)(2) DSC, pretrial proceedings in this action have been referred to the undersigned United States Magistrate Judge.

In an order [Doc. 9] filed in this case on January 14, 2014, the undersigned directed Plaintiff to bring this case into "proper form" by submitting a signed motion for leave to proceed *in forma pauperis* and by signing the Complaint on the signature page. The Clerk's Office mailed to Plaintiff a copy of the order of January 14, 2014, a motion for leave to proceed *in forma pauperis*, and the signature page of the Complaint [Doc. 11]. Plaintiff has failed to respond to the order of January 14, 2014.

### *Recommendation*

Accordingly, it is recommended that the District Court dismiss the above-captioned case *without prejudice* and without service of process because Plaintiff has not responded to the order of January 14, 2014. *See In Re: Procedures in Civil Actions Filed by Non-*

*Prisoner Pro Se Litigants*, Misc. No. 3:07-MC-5015-JFA (D.S.C. Sept. 18, 2007). Plaintiff's attention is directed to the important Notice on the next page.

s/ Jacquelyn D. Austin<br>United States Magistrate Judge

April 17, 2014
Greenville, South Carolina

**Notice of Right to File Objections to Report and Recommendation**

Plaintiff is advised that he may file specific written objections to this Report and Recommendation with the District Judge.  **Objections must specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections.**  "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310 (4th Cir. 2005) (*quoting* Fed. R. Civ. P. 72 advisory committee's note).

Specific written objections must be filed within fourteen (14) days of the date of service of this Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *see* Fed. R. Civ. P. 6(a), (d).  Filing by mail pursuant to Federal Rule of Civil Procedure 5 may be accomplished by mailing objections to:

> **Robin L. Blume, Clerk of Court**
> **United States District Court**
> **300 East Washington Street — Room 239**
> **Greenville, South Carolina 29601**

**Failure to timely file specific written objections to this Report and Recommendation will result in waiver of the right to appeal from a judgment of the District Court based upon such Recommendation.**  28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).